PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
SA-12-CR-225(13)XR

DOCKET NUMBER (Rec. Court)
5:16CR227-MGM

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jose Abelardo Rodriguez<br>Laredo, Texas | Western District of Texas | San Antonio |
| | NAME OF SENTENCING JUDGE<br>Xavier Rodriguez | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM 11/23/2015 | TO 11/22/2019 |

United States Courts
Southern District of Texas
FILED
MAR 07 2016 VCC
David J. Bradley, Clerk
Laredo Division

FILED
MAR 03 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

OFFENSE

Possession With Intent to Distribute 500 Grams or More of A Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) & 21 U.S.C. § 841(b)(1)(1)(A).

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Texas___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Southern District of Texas___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/16/16
_____
Date

_____
XAVIER RODRIGUEZ, U.S. DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Southern___ DISTRICT OF ___Texas___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 23, 2016
_____
Effective Date

_____
United States District Judge

Diana Saldaña

FILED
2012 MAR 21 AM 11:38
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO: |
| Plaintiff, | **I N D I C T M E N T**  Vio: 21 U.S.C. §§ 841(a)(1), 841(b)((1)(A), & 18 U.S.C § 2: Possession with Intent to Distribute Methamphetamine 500 grams or more. |
| v. | |
| JOSE ABELARDO RODRIGUEZ (1), | |
| Defendant | |

SA12CR0225XR

THE GRAND JURY CHARGES:

## COUNT ONE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

That on or about March 12, 2012, in the Western District of Texas, Defendant,

**JOSE ABELARDO RODRIGUEZ,**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved fifty grams or more of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL.

_____
FOREPERSON OF GRAND JURY

ROBERT PITMAN
United States Attorney

By: _____
SAM L. PONDER
Assistant United States Attorney

7

AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

FILED

# UNITED STATES DISTRICT COURT
## Western District of Texas
### SAN ANTONIO DIVISION

SEP 17 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

JOSE ABELARDO RODRIGUEZ,
a/k/a Jose Rodriguez,
Jose Rodriquez,
Jose A. Rodriquez,
Jose Abelardo Rodriquez,
Francisco Gonzalez

    Defendant.

Case Number   SA-12-CR-225 (1)-XR
USM Number   91879-280

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, JOSE ABELARDO RODRIGUEZ, was represented by Jose Salvador Tellez, II.

The defendant pled guilty to Count(s) One (1) of the Indictment on May 22, 2012. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count (s) |
|---|---|---|---|
| 21 USC § 841(a)(1) & 21 USC § 841(b)(1)(A) | Possession With Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine | March 12, 2012 | One (1) |

As pronounced on September 12, 2012, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 17th day of September, 2012.

XAVIER RODRIGUEZ
United States District Judge

8

AO 245 B (Rev. 06/05)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant:  JOSE ABELARDO RODRIGUEZ
Case Number:  SA-12-CR-225 (1)-XR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **SIXTY-THREE (63)** months.

The Court makes the following recommendation to the Bureau of Prisons:

(1)  That the defendant be placed in FCI Three Rivers, Texas.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

9

AO 245 B (Rev. 06/05)(W.D.TX.) - Supervised Release

Judgment--Page 3

Defendant: JOSE ABELARDO RODRIGUEZ
Case Number: SA-12-CR-225 (1)-XR

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **FOUR (4)** Years.

While on supervised release, the defendant shall comply with the mandatory and standard conditions that have been adopted by this Court.

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment—Page 4

Defendant: JOSE ABELARDO RODRIGUEZ
Case Number: SA-12-CR-225 (1)-XR

## CONDITIONS OF SUPERVISION

**Mandatory Conditions:**

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not unlawfully possess a controlled substance.

3) The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

4) In supervised release cases only, the defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

5) If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6) The defendant shall cooperate in the collection of DNA as directed by the probation officer, if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a).

7) If convicted of a sexual offense and required to register under the Sex Offender and Registration Act, that the defendant comply with the requirements of the Act.

8) If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

9) If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

**Standard Conditions:**

1) The defendant shall not leave the judicial district without permission of the court or probation officer.

2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4) The defendant shall support his or her dependents and meet other family obligations, and shall comply with the terms of any court order or order of an administrative process requiring payments by the defendant for the support and maintenance of a child or of a child and the parent with whom the child is living.

5) The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit him or her at any time, at home or elsewhere, and shall permit confiscation of any contraband observed in plain view of the probation officer.

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

AO 245 B (Rev. 05/04)(W.D.TX.) - Supervised Release

Judgment—Page 5

Defendant: JOSE ABELARDO RODRIGUEZ
Case Number: SA-12-CR-225 (1)-XR

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that my be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications, and to confirm the defendant's compliance with such notification requirement.

14) If convicted of a sex offense as described in the Sex Offender Registration and Notification Act or has a prior conviction of a State or local offense that would have been an offense as described in the Sex Offender Registration and Notification Act if a circumstance giving rise to federal jurisdiction had existed, the defendant shall participate in a sex offender treatment program approved by the probation officer. The defendant shall abide by all program rules, requirements and conditions of the sex offender treatment program, including submission to polygraph testing, to determine if the defendant is in compliance with the conditions of release. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

15) The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

16) The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

17) The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer, and if deemed necessary by the probation officer. Such program may include group sessions led by a counselor or participation in a program administered by the probation office. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

18) The defendant shall participate in workforce development programs and services as directed by the probation officer, and if deemed necessary by the probation officer, which include occupational/career development, including but not limited to assessment and testing, education, instruction, training classes, career guidance, job search and retention services until successfully discharged from the program. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

19) If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally reenter the United States. If the defendant lawfully reenters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

20) If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

21) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

22) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.

Defendant: JOSE ABELARDO RODRIGUEZ
Case Number: SA-12-CR-225 (1)-XR

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 655 E. Cesar E. Chavez Blvd, Room G-65, San Antonio, Texas 78206.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| TOTAL: | $100.00        | $0       | $0              |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $100.00. Payment of this sum shall begin immediately.

### Fine

The fine is waived because of the defendant's inability to pay.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CLOSED,INTERPRETER

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CRIMINAL DOCKET FOR CASE #: 5:12-cr-00225-XR-1

Case title: USA v. Rodriguez
Magistrate judge case number: 5:12-mj-00271-JWP

Date Filed: 03/21/2012
Date Terminated: 09/17/2012

---

Assigned to: Judge Xavier Rodriguez

### Defendant (1)

**Jose Abelardo Rodriguez**
*TERMINATED: 09/17/2012*
*also known as*
Jose Rodriguez
*TERMINATED: 09/17/2012*
*also known as*
Jose Rodriquez
*TERMINATED: 09/17/2012*
*also known as*
Jose A. Rodriquez
*TERMINATED: 09/17/2012*
*also known as*
Jose Abelardo Rodriquez
*TERMINATED: 09/17/2012*
*also known as*
Francisco Gonzalez
*TERMINATED: 09/17/2012*

represented by

**Duty Pub. Defender-San Antonio**
Federal Public Defender
San Antonio Division
727 E. Cesar E. Chavez Blvd.
Suite B207
San Antonio, TX 78206
(210) 472-6700
Fax: 210/472-4454
Email: janie_craig@fd.org
*TERMINATED: 03/15/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Alfredo R. Villarreal**
Federal Public Defender
727 E. Cesar E. Chavez Blvd.
Room B-207
San Antonio, TX 78206-1205
(210) 472-6700
Fax: (210) 472-4454
Email: alfredo_villarreal@fd.org
*TERMINATED: 03/27/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Jose Salvador Tellez , II**
Jose Salvador Tellez II, P.C.
1102 Scott Street
Laredo, TX 78040
(956) 717-8200

1

Fax: (888) 290-0725
Email: <u>josestellezii@sbcglobal.net</u>
*TERMINATED: 09/17/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841A=CD.F CONTROLLED SUBSTANCE – SELL, DISTRIBUTE, OR DISPENSE – 21 U.S.C. § 841(a)(1),841(b)((1)(A) Possession with Intent to Distribute Methamphetamine (1) | 51 months imprisonment –(REDUCED 2/2/15) SIXTY-THREE (63) MONTHS imprisonment; FOUR (4) YEARS supervised release; no fine; $100 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841(a)(1) &841(A)(1)(A) – Possession with intent to distribute 50 grams or more of Methamphetamine | |

**Plaintiff**

| USA | represented by | **Sam L. Ponder** Assistant United States Attorney 601 N.W. Loop 410 Suite 600 San Antonio, TX 78216-5512 (210)384-7022 Fax: (210)384-7118 Email: <u>sam.ponder@usdoj.gov</u> *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Page | Docket Text |
|---|---|---|---|

2

| | | | |
|---|---|---|---|
| 03/12/2012 | | | Arrest of Jose Abelardo Rodriguez (ac, ) [5:12-mj-00271-JWP] (Entered: 03/14/2012) |
| 03/13/2012 | 1 | | COMPLAINT Signed by Judge John W. Primomo as to Jose Abelardo Rodriguez. (ac, ) [5:12-mj-00271-JWP] (Entered: 03/14/2012) |
| 03/13/2012 | 2 | | MOTION to Continue, MOTION to Detain Defendant without Bond by USA as to Jose Abelardo Rodriguez. (ac, ) [5:12-mj-00271-JWP] (Entered: 03/14/2012) |
| 03/13/2012 | 3 | | Minute Entry for proceedings held before Judge John W. Primomo:Initial Appearance as to Jose Abelardo Rodriguez held on 3/13/2012 (Minute entry documents are not available electronically.) – Detention Hearing and Preliminary Hearing set for 3/16/2012 09:00 AM before Judge John W. Primomo. SPANISH Language Interpreter required as to Jose Abelardo Rodriguez (Court Reporter FTR Gold.) (ac, ) [5:12-mj-00271-JWP] (Entered: 03/14/2012) |
| 03/13/2012 | 4 | | CJA 23 Financial Affidavit by Jose Abelardo Rodriguez (SEALED pursuant to E-Government Act of 2002). (ac, ) [5:12-mj-00271-JWP] (Entered: 03/14/2012) |
| 03/13/2012 | 5 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jose Abelardo Rodriguez. Signed by Judge John W. Primomo. (ac, ) [5:12-mj-00271-JWP] (Entered: 03/14/2012) |
| 03/13/2012 | 6 | | ORDER GRANTING 2 Motion to Continue as to Jose Abelardo Rodriguez (1) – Detention Hearing and Preliminary Hearing set for 3/16/2012 09:00 AM before Judge John W. Primomo. Signed by Judge John W. Primomo. (ac, ) [5:12-mj-00271-JWP] (Entered: 03/14/2012) |
| 03/15/2012 | 7 | | NOTICE OF ATTORNEY APPEARANCE: Alfredo R. Villarreal appearing for Jose Abelardo Rodriguez (Villarreal, Alfredo) [5:12-mj-00271-JWP] (Entered: 03/15/2012) |
| 03/16/2012 | 8 | | Waiver of Preliminary Hearing by Jose Abelardo Rodriguez (Villarreal, Alfredo) [5:12-mj-00271-JWP] (Entered: 03/16/2012) |
| 03/16/2012 | 9 | | WAIVER of Detention Hearing by Jose Abelardo Rodriguez (ac, ) [5:12-mj-00271-JWP] (Entered: 03/16/2012) |
| 03/16/2012 | 10 | | ORDER GRANTING 2 Motion to Detain Defendant without Bond. Bond set to No Bond as to Jose Abelardo Rodriguez (1). Signed by Judge John W. Primomo. (ac, ) [5:12-mj-00271-JWP] (Entered: 03/16/2012) |
| 03/21/2012 | 11 | 7 | INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E-Government Act of 2002 as to Jose Abelardo Rodriguez (1) count(s) 1. (kh, ) (Entered: 03/22/2012) |
| 03/21/2012 | 12 | | Personal Data Sheet (Redacted) by USA as to Jose Abelardo Rodriguez (kh, ) (Entered: 03/22/2012) |
| 03/21/2012 | 13 | | ORDER SETTING ARRAIGNMENT as to Jose Abelardo Rodriguez, (District Court Arraignment set for 4/2/2012 01:30 PM before Judge Pamela A. Mathy.). Signed by Judge Pamela A. Mathy. (kh, ) (Entered: 03/22/2012) |
| 03/22/2012 | 14 | | |

3

| | | | |
|---|---|---|---|
| | | | MOTION to Substitute Attorney by Jose Abelardo Rodriguez. (Attachments: #1 Proposed Order)(Tellez, Jose) (Entered: 03/22/2012) |
| 03/27/2012 | 15 | | Waiver of personal appearance at Arraignment, plea of not guilty by Jose Abelardo Rodriguez (Villarreal, Alfredo) (Entered: 03/27/2012) |
| 03/27/2012 | 16 | | Order Accepting Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Jose Abelardo Rodriguez. Signed by Judge Pamela A. Mathy. (kh, ) (Entered: 03/27/2012) |
| 03/27/2012 | 17 | | ORDER GRANTING 14 Motion to Substitute Attorney as to Jose Abelardo Rodriguez (1). It is therefore ordered that Federal Public Defender Alfredo R. Villarreal is discharged as attorney of record, and JOSE SALVADOR TELLEZ II is substituted as attorney of record for Jose Abelardo Rodriguez. Signed by Judge Xavier Rodriguez. (kh, ) (Entered: 03/27/2012) |
| 03/27/2012 | | | Attorney Alfredo R. Villarreal terminated as to Jose Abelardo Rodriguez. (kh, ) (Entered: 03/27/2012) |
| 03/27/2012 | 18 | | General Order Concerning Authentication of Exhibits as to Jose Abelardo Rodriguez. Signed by Judge Xavier Rodriguez. (kh, ) (Entered: 03/27/2012) |
| 03/27/2012 | 19 | | Order Concerning Discovery &Pre-Trial Motions as to Jose Abelardo Rodriguez. Signed by Judge Xavier Rodriguez. (kh, ) (Entered: 03/27/2012) |
| 03/27/2012 | 20 | | SCHEDULING ORDER as to Jose Abelardo Rodriguez. Plea Agreement due by 5/4/2012. Docket Call or Rearraignment and Plea set for 5/17/2012 01:30 PM before Judge Xavier Rodriguez. Jury Selection set for 5/29/2012 09:30 AM before Judge Xavier Rodriguez. Jury Trial set for 5/29/2012 09:30 AM before Judge Xavier Rodriguez. Signed by Judge Xavier Rodriguez. (kh, ) (Entered: 03/27/2012) |
| 05/10/2012 | 21 | | Sealed Document filed (kh, ) (Entered: 05/10/2012) |
| 05/16/2012 | 22 | | Order of Referral to U.S. Magistrate on felony guilty plea as to Jose Abelardo Rodriguez. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/16/2012) |
| 05/16/2012 | 23 | | ORDER as to Jose Abelardo Rodriguez, (Setting Rearraignment and Plea for 5/22/2012 02:00 PM before Judge Henry J. Bemporad.) Signed by Judge Henry J. Bemporad. (rg) (Entered: 05/16/2012) |
| 05/22/2012 | 24 | | Minute Entry for proceedings held before Judge Pamela A. Mathy: Deft informed of rights;Rearraignment and plea held on 5/22/2012; Plea of guilty entered as to Jose Abelardo Rodriguez (1) Count 1; Referred to Probation for Presentence Report (Minute entry documents are not available electronically.) (Court Reporter FTR Gold.) (kh, ) (Entered: 05/22/2012) |
| 05/22/2012 | 25 | | MEMORANDUM AND RECOMMENDATION on felony guilty plea before the United States Magistrate Judge as to Jose Abelardo Rodriguez. Signed by Judge Pamela A. Mathy. (mailed on 5/22/2012 by certified mail or forwarded electronically) (kh, ) (Entered: 05/22/2012) |
| 05/23/2012 | 26 | | ORDER accepting re 25 Findings of Fact on Plea as to Jose Abelardo Rodriguez. Guilty plea accepted. Signed by Judge Xavier Rodriguez. (kh, ) (Entered: 05/23/2012) |
| 05/23/2012 | 27 | | |

4

| | | | |
|---|---|---|---|
| | | | ORDER SETTING SENTENCING as to Jose Abelardo Rodriguez, ( Sentencing set for 8/22/2012 01:30 PM before Judge Xavier Rodriguez.). Signed by Judge Xavier Rodriguez. (kh, ) (Entered: 05/23/2012) |
| 08/06/2012 | 28 | | Sealed Document filed (Attachments: #1 Supplement Acceptance Statement) (Tellez, Jose) (Entered: 08/06/2012) |
| 08/07/2012 | 29 | | ORDER RESETTING SENTENCING as to Jose Abelardo Rodriguez, ( Sentencing reset for 8/21/2012 01:30 PM before Judge Xavier Rodriguez.). Signed by Judge Xavier Rodriguez. (kh, ) (Entered: 08/07/2012) |
| 08/14/2012 | 30 | | SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Jose Abelardo Rodriguez by Officer Jennifer R. Cordova. (Attachments 1-2)(Tovar, R.) (Entered: 08/14/2012) |
| 08/14/2012 | 31 | | SEALED MOTION filed (Attachments: #1 Proposed Order) (Tellez, Jose) (Entered: 08/14/2012) |
| 08/14/2012 | | | Text Order GRANTING 31 Sealed Motion as to Jose Abelardo Rodriguez (1) Entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (blg) (Entered: 08/14/2012) |
| 08/14/2012 | 32 | | ORDER RESETTING SENTENCING as to Jose Abelardo Rodriguez, ( Sentencing reset for 9/12/2012 01:30 PM before Judge Xavier Rodriguez.). Signed by Judge Xavier Rodriguez. (kh, ) (Entered: 08/14/2012) |
| 09/10/2012 | 33 | | SEALED MOTION filed (Attachments: #1 Proposed Order) (Tellez, Jose) (Entered: 09/10/2012) |
| 09/12/2012 | 34 | | Minute Entry for proceedings held before Judge Xavier Rodriguez: Statement of Deft heard. Objections to Pre-Sentence Report heard; no objection by AUSA; GRANTED.Sentencing held on 9/12/2012 for Jose Abelardo Rodriguez (1), Count(s) 1, SIXTY-THREE (63) MONTHS imprisonment; FOUR (4) YEARS supervised release; no fine; $100 special assessment. (Minute entry documents are not available electronically.) (Court Reporter Karl Myers.) (kh, ) (Entered: 09/12/2012) |
| 09/17/2012 | 35 | 8 | JUDGMENT AND COMMITMENT as to Jose Abelardo Rodriguez. Signed by Judge Xavier Rodriguez. (kh, ) (Entered: 09/17/2012) |
| 09/17/2012 | 36 | | Sealed Statement of Reasons as to Jose Abelardo Rodriguez (SOR documents are not available electronically.) (kh, ) (Entered: 09/17/2012) |
| 02/02/2015 | 37 | | ORDER REDUCING SENTENCE - USSC Amendment 782 as to Jose Abelardo Rodriguez (1), Count(s) 1, 51 months imprisonment -(REDUCED 2/2/15) SIXTY-THREE (63) MONTHS imprisonment; FOUR (4) YEARS supervised release; no fine; $100 special assessment. Signed by Judge Xavier Rodriguez. (rf) (Entered: 02/03/2015) |
| 02/02/2015 | 38 | | ORDER REDUCING SENTENCE - USSC Amendment 782 as to Jose Abelardo Rodriguez (1), Count(s) 1, 51 months imprisonment -(REDUCED 2/2/15) SIXTY-THREE (63) MONTHS imprisonment; FOUR (4) YEARS supervised release; no fine; $100 special assessment. Signed by Judge Xavier Rodriguez. (rf) (Entered: 02/03/2015) |

| 02/02/2015 | 39 | | Order Reducing Sentence – NOT FOR PUBLIC DISCLOSURE page (SEALED) as to Jose Abelardo Rodriguez (This document is not available electronically.) (rf) (Entered: 02/03/2015) |
|---|---|---|---|
| 03/30/2015 | 40 | | AMENDED ORDER REDUCING SENTENCE – USSC Amendment 782 as to Jose Abelardo Rodriguez (1), Count(s) 1, 51 months imprisonment –(REDUCED 2/2/15) SIXTY–THREE (63) MONTHS imprisonment; FOUR (4) YEARS supervised release; no fine; $100 special assessment. Signed by Judge Xavier Rodriguez. (aej) (Entered: 03/30/2015) |
| 03/30/2015 | 41 | | AMENDED Order Reducing Sentence – NOT FOR PUBLIC DISCLOSURE page (SEALED) as to Jose Abelardo Rodriguez (This document is not available electronically.) (aej) (Entered: 03/30/2015) |
| 04/15/2015 | 42 | | Clerk's Copy as to Jose Abelardo Rodriguez of 40 Order Reducing Sentence – USSC Amendment 782, (aej) (Entered: 04/16/2015) |
| 03/03/2016 | 43 | | Probation/Supervised Release Jurisdiction Transferred to Southern District of Texas as to Jose Abelardo Rodriguez Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (aej) (Entered: 03/04/2016) |